PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN - 7 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                    Crim. No. 06CR00572-001-GT

Rafael MAGDALENO

On  August 4, 2006  the above named was placed on probation/supervised release for a period of  5  years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Deputy Chief U.S. Probation Officer
Trisha K. Yamauchi

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated  5  day of  January , 20 09

_____
Senior United States District Judge
Gordon Thompson, Jr.